# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN HILBURG, | Case No. 8:18-cv-02143-AG-DFM |
| Plaintiff, | **ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Honorable Andrew J. Guilford |
| Defendant. | |

Upon consideration of the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all parties. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 6, 2019

_____
Honorable Andrew J. Guilford
United States District Judge